```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
```

SCOTT N. JOHNSON,                  )
                                   )   2:11-cv-01598-GEB-KJN
                Plaintiff,         )
                                   )   ORDER CONTINUING STATUS
           v.                      )   (PRETRIAL SCHEDULING)
                                   )   CONFERENCE
EUROPEAN MASSAGE INC.,             )
Individually and d/b/a Silver      )
Hands Massage; TATYANA             )
KLIMOVETS, Individually and        )
d/b/a Magnoloa Massage; DEREK D.   )
SKAIFE, Individually and as        )
Trustee of the Skaife Family       )
Trust for the benefit of Derek     )
D. Skaife and Linda L. Skaife      )
and their issue under instrument   )
date 9/12/2001; LINDA L. SKAIFE,   )
Individually and as Trustee of     )
the Skaife Family Trust for the    )
benefit of Derek D. Skaife and     )
Linda L. Skaife and their issue    )
under instrument date 9/12/2001,   )
                                   )
                Defendants.        )
_____  )

        Plaintiff states in his Status Report filed September 19, 2011, "Defendant[] European Massage Inc. [is] currently in default[;] Plaintiff and Defendants Derek D. Skaife and Linda L. Skaife have settled their dispute[; and] Defendant Tatyana Klimovets was served and has until September 22, 2011 to respond." (ECF No. 15, 2:14-19.) A review of the docket shows Klimovets has not responded to Plaintiff's Complaint.

        Therefore, Plaintiff shall take the steps necessary to prosecute this action as a default matter. Plaintiff shall either file

1  whatever documents are required to prosecute this case as a default
2  matter or Show Cause in a writing filed why this action should not be
3  dismissed for failure of prosecution no later than 4:00 p.m. on November
4  14, 2011.
5      Further, the status conference scheduled for hearing on
6  October 3, 2011, is continued to commence at 9:00 a.m. on December 12,
7  2011. A status report shall be filed fourteen (14) days prior to the
8  status conference in which Plaintiff is required to explain the status
9  of the default proceedings.
10     IT IS SO ORDERED.

Dated:  September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge